**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Designer Collection Sun Center, Inc.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

**26-3994401**

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **320 S. Flamingo Road** <br> **#320** <br> **Pembroke Pines, FL 33027** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Designer Collection Sun Center, Inc.**                                    Case number (*if known*) _____
          Name

---

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

Debtor    **Designer Collection Sun Center, Inc.**                    Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases**      ■ No
    **pending or being filed by a**      ☐ Yes.
    **business partner or an**
    **affiliate of the debtor?**

List all cases. If more than 1,      Debtor  _____      Relationship _____
attach a separate list
                    District  _____ When _____  Case number, if known  _____

**11.** **Why is the case filed in**    *Check all that apply:*
    *this district?*
                    ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                        preceding the date of this petition or for a longer part of such 180 days than in any other district.

                    ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**      ■ No
    **have possession of any**      ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**            **Why does the property need immediate attention?** (*Check all that apply.*)

                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                        What is the hazard? _____

                    ☐ It needs to be physically secured or protected from the weather.

                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                    ☐ Other _____
                    **Where is the property?**    _____
                                    Number, Street, City, State & ZIP Code

                    **Is the property insured?**
                    ☐ No
                    ☐ Yes.    Insurance agency  _____

                            Contact name  _____

                            Phone  _____

■    **Statistical and administrative information**

**13.** **Debtor's estimation of**    .    *Check one:*
    **available funds**
                    ☐ Funds will be available for distribution to unsecured creditors.

                    ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**    ■ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
    **creditors**            ☐ 50-99            ☐ 5001-10,000        ☐ 50,001-100,000
                    ☐ 100-199            ☐ 10,001-25,000        ☐ More than100,000
                    ☐ 200-999

**15.** **Estimated Assets**    ■ $0 - $50,000        ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
                    ☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                    ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                    ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.** **Estimated liabilities**    ☐ $0 - $50,000        ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Debtor   **Designer Collection Sun Center, Inc.**                              Case number (*if known*) _____
         Name

■ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Designer Collection Sun Center, Inc.**                              Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  1, 2023**
              MM / DD / YYYY

**X** **/s/ Hussein Ghandour**                              **Hussein Ghandour**
_____         _____
Signature of authorized representative of debtor          Printed name

Title   **President**
        _____

**18. Signature of attorney**

**X** **/s/ Erik B. Espinosa, Esq.**          Date   **December  1, 2023**
_____                MM / DD / YYYY
Signature of attorney for debtor

**Erik B. Espinosa, Esq.**
_____
Printed name

**The Law Offices of Erik B. Espinosa, PA**
_____
Firm name

**PO Box 453007**
**Sunrise, FL 33345**
_____
Number, Street, City, State & ZIP Code

Contact phone   **954-530-7442**          Email address   **ebe@espilaw.com**

**55768 FL**
_____
Bar number and State

Dita, Inc.
Suite 130
1 Columbia
Aliso Viejo, CA 92656


Kering Eyewear USA, Inc.
50 Hartz Way
Secaucus, NJ 07094